AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L | U.S. DISTRICT COURT-MICHIGAN | 04/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 12 A 10: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN INTL GROUP | A | None | | | SALE | 4/1 | M | F | |
| 2. BRISTOL MYERS SQUIBB . | D | Dividend | L | T | PARTIAL SALE | 4/1 | L | E | |
| 3. INTEL CORP | C | Dividend | N | T | | | | | |
| 4. PROCTER & GAMBLE (FORMERLY GILLETTE) | B | Dividend | M | T | | | | | |
| 5. ROYAL DUTCH PETROLEUM | D | Dividend | M | T | | | | | |
| 6. SCHLUMBERGER, LTD. | C | Dividend | N | T | | | | | |
| 7. INTERPUBLIC GROUP | | None | | | SALE | 4/1 | M | E | |
| 8. SIGMA ALDRICH CORP. | B | Dividend | M | T | | | | | |
| 9. HJ HEINZ COMPANY | C | Dividend | M | T | | | | | |
| 10. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 11. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 12. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 13. GE | B | Dividend | L | T | | | | | |
| 14. AMERICAN EXPRESS CORP | A | Dividend | L | T | | | | | |
| 15. ORACLE CORP | | None | K | T | | | | | |
| 16. SUN MICROSYSTEMS | | None | | | SALE | 11/21 | K | A | |
| 17. CITIGROUP INC. | D | Dividend | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIME WARNER INC | A | Dividend | L | T | | | | | |
| 19. BOEING | B | Dividend | M | T | | | | | |
| 20. ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 21. JDS UNIPAHSE | | None | | | SALE | 4/1 | K | A | |
| 22. RAYTHEON NEW | B | Dividend | L | T | | | | | |
| 23. LIBERTY MEDIA A | | None | | | SALE | 11/21 | K | D | |
| 24. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 25. COCA COLA CO. | B | Dividend | L | T | | | | | |
| 26. EMC CORP MA | | None | L | T | | | | | |
| 27. MEDTRONIC, INC. | A | Dividend | L | T | | | | | |
| 28. COX COMMUNICATIONS | | None | | | CASH MERGER | 1/11 | K | D | |
| 29. INTERNATIONAL PAPER | B | Dividend | | | SALE | 11/21 | K | A | |
| 30. PEPSICO | A | Dividend | L | T | | | | | |
| 31. LOCKHEED MARTIN | B | Dividend | L | T | | | | | |
| 32. GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 33. JPMORGAN HIGH YIELD BOND FUND | E | Dividend | N | T | | | | | FORMERLY ONE GRP |
| 34. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | D | Dividend | N | T | PARTIAL SALE | 9/1 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ISHARES TR RUSSELL 2000 VALUE INDE X FUND | | None | | | BUY | 1/20 | L | | |
| 36. ISHARES TR MSCI EAFE INX FD | D | Dividend | O | T | BUY | 6/23 | M | | |
| 37. ISHARES TR MSCI EAFE INDX FUND | | None | | | BUY | 9/6 | M | | |
| 38. ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | M | T | BUY | 6/23 | M | | |
| 39. ISHARES TR S&P MIDCAP 400/BARR VAL | | None | | | BUY | 9/7 | K | | |
| 40. ISHARES S&P MIDCAP 400/BARRA GR IDX | B | Dividend | N | T | BUY | 4/6 | M | | |
| 41. ISHARES S&P MIDCAP 400/BARRA GR INDEX | | None | | | BUY | 6/23 | M | | |
| 42. BAXTER INTL | B | Dividend | L | T | | | | | |
| 43. BAXTER INTL CORP UNIT 7% | C | Dividend | L | T | | | | | |
| 44. MICROSOFT CORP | A | Dividend | L | T | | | | | |
| 45. SAFEWAY INC | A | Dividend | | | SALE | 6/20 | K | B | |
| 46. NORTHFORK BANCORP | B | Dividend | L | T | BUY | 9/7 | J | | |
| 47. WASHINGTON MUTUAL INC | B | Dividend | L | T | BUY | 9/7 | K | | |
| 48. WACHOVIA CORP | B | Dividend | L | T | BUY | 9/7 | K | | |
| 49. NORTHROP GRUMMAN PFD 7.25% | A | Dividend | L | T | | | | | |
| 50. AMGEN INC | | None | L | T | | | | | |
| 51. PFIZER | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CUMMINS INC | B | Dividend | L | T | | | | | |
| 53. EMCOR GROUP INC. | | None | M | T | | | | | |
| 54. SPX CORP | A | Dividend | K | T | | | | | |
| 55. KINDER MORGAN INC KANS | B | Dividend | L | T | | | | | |
| 56. VIACOM INC | A | Dividend | L | T | BUY | 1/20/ | K | | |
| 57. PRAXAIR INC | A | Dividend | L | T | | | | | |
| 58. LUBRIZOL INC | B | Dividend | L | T | | | | | |
| 59. ISHARES TR MSCI EMERGING MKTS INDX FUND | C | Dividend | N | T | BUY | 9/7 | L | | |
| 60. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | M | T | BUY | 1/20 | M | | |
| 61. ISHARES RUSSELL 2000 GROWTH INDEX FUND | | None | | | PARTIAL SALE | 9/1 | K | B | |
| 62. CENTURYTEL INC | A | Dividend | L | T | | | | | |
| 63. CHUBB CORP | C | Dividend | L | T | | | | | |
| 64. 3M CO | A | Dividend | K | T | | | | | |
| 65. DOMINION RES INC | B | Dividend | L | T | | | | | |
| 66. LIBERTY GLOBAL | | None | | | SALE | 11/21 | J | C | FORM LIBERTY MEDIA INTL |
| 67. NEENAH PAPER | | None | | | SALE | 4/1 | J | C | |
| 68. ANALOG DEVICES INC | A | Dividend | L | T | BUY | 1/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ANALOG DEVICES, INC. | | None | | | BUY | 9/7 | K | | |
| 70. ALCOA INC | B | Dividend | L | T | BUY | 1/20 | L | | |
| 71. BOSTON SCIENTIFIC CORP | | None | L | T | BUY | 4/6/ | L | | |
| 72. EBAY INC | | None | L | T | BUY | 6/23 | L | | |
| 73. VERIZON COMMUNICATIONS | B | Dividend | K | T | BUY | 6/23 | L | | |
| 74. AUTOMATIC DATA PROCESSING | A | Dividend | L | T | BUY | 6/23 | L | | |
| 75. IBM | A | Dividend | L | T | BUY | 6/23 | L | | |
| 76. WELLPOINT INC | | None | K | T | BUY | 9/7 | K | | |
| 77. DUKE ENERGY CO | A | Dividend | L | T | BUY | 9/7 | L | | |
| 78. JPMORGAN MI MUN MONEY MKT FUND | D | Dividend | O | T | BUY | 1/20 | P1 | | FORMERLY ONE GROUP |
| 79. JPMORGAN MI MUN MONEY MKT FUND | | None | | | SALE | 12/15 | P1 | A | FORMERLY ONE GROUP |
| 80. BANK & TR PR CTF DEP | D | Interest | | | MATURED | 8/8 | L | A | |
| 81. CNL BK CTF OF DEP | D | Interest | | | MATURED | 8/8 | L | A. | |
| 82. COASTAL FED BK CTF OF DEP | D | Interest | | | MATURED | 8/8 | L | A | |
| 83. EQUITABLE FED SVGS BK CERT OF DEP | D | Interest | | | MATURED | 8/8 | L | A | |
| 84. E*TRADE BK CERT OF DEP | D | Interest | | | MATURED | 8/8 | L | A | |
| 85. BELLEVILLE NORTH VENTURE | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HUNTINGTON GARDEN APTS. | E | Rent | L | U | | | | | |
| 87. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 88. LANCASTER HILLS APTS. CO. | A | Interest | M | U | | | | | |
| 89. LANCASTER HILLS APTS. CO. | F | Rent | | | | | | | |
| 90. LONG LAKE-TELEGRAPH RD. | D | Rent | J | U | | | | | |
| 91. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 92. BLOOMFIELD VILLAGE SQUARE | B | Int | J | U | | | | | |
| 93. BLOOMFIELD VILLAGE SQUARE | G | Rent | | | | | | | |
| 94. FERRIS PARK TOWERS | E | Rent | L | U | | | | | |
| 95. FERRIS PARK TOWERS | A | Interest | | | | | | | |
| 96. BELLEVILLE NORTH MARSH VENTURE | C | Rent | L | U | | | | | |
| 97. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 98. DIXIE PROPERTIES | D | Rent | | | | | | | |
| 99. BLOOMFIELD PLAZA, LLC | G | Rent | | | | | | | |
| 100. BLOOMFIELD PLAZA, LLC | C | Int | M | U | | | | | |
| 101. GGP LIMITED PARTNERSHIP | G | Rent | P1 | U | | | | | |
| 102. GGP LIMITED PARTNERSHIP | D | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 104. AMY JOY VENTURE | A | None | J | U | | | | | |
| 105. EATON NURSERY SALES | E | Rent | K | U | | | | | |
| 106. WOODFORD APT. HOTEL CO. | C | Rent | K | U | | | | | |
| 107. NORTH HILL CENTER, LLC | F | Rent | L | U | | | | | |
| 108. BLOOMFIELD PLAZA II LLC | A | Interest | J | U | | | | | |
| 109. BLOOMFIELD PLAZA II LLC | F | Rent | | | | | | | |
| 110. THE THING ABOUT MEN LTD PART | A | Interest | J | U | | | | | |
| 111. BRANDON LONG LAKE LTD PART | | None | M | U | | | | | |
| 112. CEDAR SPRINGS, MI PUBLIC SCHOOLS | C | Interest | | | CALLED | 5/1 | M | B | |
| 113. LANSE CREUSE PUB SCHOOLS | C | Interest | | | MATURED | 5/1 | M | A | |
| 114. MI STATE HOSP FIN AUTH | D | Interest | | | MATURED | 7/1 | M | A | |
| 115. MARICOPA CO ARIZONA | D | Interest | | | MATURED | 7/1 | M | A | |
| 116. GLOUCESTER MA GO | D | Interest | M | T | | | | | |
| 117. OAKLAND COUNTY MI | D | Interest | N | T | | | | | |
| 118. ALMA, MI PUB SCHOOLS | D | Interest | M | T | | | | | |
| 119. YPSILANTI, MI | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WHITE CLOUD, MI | D | Interest | M | T | | | | | |
| 121. MUSKEGON HTS, MI | D | Interest | | | MATURED | 11/1 | N | A | |
| 122. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 123. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 124. LAKEVIEW MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 125. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 126. ELK RAPIDS, MI SCHOOLS BOND | B | Interest | | | MATURED | 5/1 | M | A | |
| 127. GRAND RAPIDS & KENT CNTY, MI BOND | C | Interest | | | MATURED | 12/1 | M | A | |
| 128. LAKE ORION, MI SCHOOLS BOND | C | Interest | N | T | | | | | |
| 129. BAD AXE MI SCHOOLS | D | Interest | M | T | | | | | |
| 130. DAVISON MI | D | Interest | M | T | | | | | |
| 131. MONA SHORES, MI | B | Interest | N | T | BUY | 7/7 | N | | |
| 132. ROYAL OAK, MI | | None | N | T | BUY | 12/20 | N | | |
| 133. INGHAM COUNTY, MI | | None | M | T | BUY | 9/29 | N | | |
| 134. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 135. SPOUSES HOLDINGS: | | None | | | | | | | |
| 136. SSGA TAX-FREE MM FUND | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. STATE STREET MM FUND | | None | | | SALE | 1/24 | J | A | |
| 138. EXXON/MOBIL CORP | A | Dividend | K | T | BUY | 8/3 | J | | |
| 139. EXXON/MOBIL CORP. | | None | | | PARTIAL SALE | 11/10 | J | D | |
| 140. GE | B | Dividend | K | T | PARTIAL SALE | 1/24 | J | D | |
| 141. INTEL CORP | B | Div | L | T | PARTIAL SALE | 3/29 | K | E | |
| 142. SCHERING PLOUGH | A | Div | J | T | PARTIAL SALE | 1/27 | J | A | |
| 143. SCHERING PLOUGH | | None | | | BUY | 7/27 | J | | |
| 144. MICROSOFT | A | Dividend | | | SALE | 3/17 | K | A | |
| 145. IBM | A | Dividend | K | T | BUY | 8/3 | J | | |
| 146. IBM | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 147. PFIZER | A | Dividend | J | T | PARTIAL SALE | 12/16 | J | A | |
| 148. PFIZER | | None | | | BUY | 6/28 | J | | |
| 149. PROCTER & GAMBLE | A | Dividend | K | T | BUY | 6/28 | J | | |
| 150. PROCTER & GAMBLE | | None | | | PARTIAL SALE | 10/10 | K | C | |
| 151. HSBC HOLDINGS PLC | B | Dividend | K | T | BUY | 6/28 | J | | |
| 152. HSBC HOLDINGS PLC | | None | | | PARTIAL SALE | 3/30 | K | A | |
| 153. DELL | | None | | | BUY | 7/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DELL | | None | | | SALE | 9/23 | K | A | |
| 155. HERSHEY FOODS CORP | A | Dividend | | | BUY | 8/3/ | J | | |
| 156. HERSHEY FOODS CORP | | None | | | SALE | 11/22 | L | E | |
| 157. 3M | A | Dividend | K | T | BUY | 6/28 | J | | |
| 158. 3M | | None | | | PARTIAL SALE | 1/24 | J | A | |
| 159. CATERPILLAR | A | Dividend | K | T | BUY | 7/27 | J | | |
| 160. CATERPILLAR | | None | | | PARTIAL SALE | 1/24 | K | D | |
| 161. AMGEN | | None | | | BUY | 6/28 | J | | |
| 162. AMGEN | | None | | | SALE | 10/10 | K | C | |
| 163. EMC CORP | | None | | | BUY | 6/28 | J | | |
| 164. EMC CORP | | None | | | SALE | 11/22 | K | A | |
| 165. STARBUCKS CORP | | None | K | T | BUY | 6/28 | K | | |
| 166. STARBUCKS CORP | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 167. FEDEX | A | Dividend | K | T | BUY | 8/3 | J | | |
| 168. FEDEX | | None | | | PARTIAL SALE | 10/10 | K | C | |
| 169. TEVA PHARMACEUTICAL | A | Dividend | K | T | BUY | 6/28 | J | | |
| 170. TEVA PHARACEUTICAL | | None | | | PARTIAL SALE | 10/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ADOBE SYSTEMS INC | A | Dividend | K | T | BUY | 6/28 | J | | |
| 172. ADOBE SYSTEMS INC | | None | | | PARTIAL SALE | 1/24 | J | A | |
| 173. ALCON | | None | K | T | BUY | 6/28 | J | | |
| 174. ALCON | | None | | | PARTIAL SALE | 10/10 | J | B | |
| 175. AMERICAN EXPRESS CO | A | Dividend | K | T | BUY | 8/3 | J | | |
| 176. AMERICAN EXPRESS CO | | None | | | PARTIAL SALE | 10/10 | K | C | |
| 177. ANHEUSER BUSCH CO | | None | | | SALE | 1/24 | L | A | |
| 178. APPLE COMPUTER | | None | K | T | PARTIAL SALE | 10/10 | J | B | |
| 179. BAKER HUGHES INC | | None | | | SALE | 3/23/ | K | A | |
| 180. BANK OF AMERICA | A | Dividend | | | SALE | 9/23 | K | A | |
| 181. BP PLC | A | Dividend | | | SALE | 11/10 | L | D | |
| 182. CINTAS CORP | | None | | | SALE | 1/24 | K | A | |
| 183. CLOROX | A | Dividend | | | SALE | 11/10 | K | A | |
| 184. COCA COLA | A | Dividend | J | T | BUY | 6/28 | J | | |
| 185. CONOCO PHILLIPS | A | Dividend | K | T | BUY | 8/3 | J | | |
| 186. CONOCO PHILLIPS | | None | | | PARTIAL SALE | 3/3 | K | D | |
| 187. COSTCO WHOLESALE | A | Dividend | K | T | BUY | 6/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. COSTCO WHOLESALE | | None | | | PARTIAL SALE | 10/10 | J | A | |
| 189. EBAY | | None | | | SALE | 6/2 | K | B | |
| 190. ECOLAB INC | | None | | | SALE | 10/3 | L | D | |
| 191. FORD | A | Dividend | J | T | BUY | 8/3 | J | | |
| 192. FORD | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 193. GENENTECH INC | | None | K | T | BUY | 7/27 | J | | |
| 194. GENENTECH INC | | None | | | PARTIAL SALE | 4/26 | J | A | |
| 195. GOOGLE INC-CL A | | None | K | T | BUY | 3/4 | J | | |
| 196. GUIDANT CORP | A | Dividend | | | SALE | 8/6 | J | B | |
| 197. ILLINOIS TOOL WORKS | | None | | | SALE | 1/24 | L | A | |
| 198. INTUITIVE SURGICAL INC | | None | | | SALE | 10/27 | K | D | |
| 199. JM SMUCKER CO | | None | | | SALE | 1/24 | K | A | |
| 200. JOHNSON & JOHNSON | A | Dividend | K | T | BUY | 8/3 | L | | |
| 201. JOHNSON & JOHNSON | | None | | | PARTIAL SALE | 10/10 | L | B | |
| 202. KINETIC CONCEPTS | | None | | | SALE | 3/23 | J | A | |
| 203. LEAR CORP | A | Dividend | | | SALE | 3/16 | K | A | |
| 204. MASCO | | None | | | SALE | 1/24 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. MCGRAW HILL | A | Dividend | K | T | BUY | 6/28 | K | | |
| 206. MCGRAW HILL | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 207. MEDTRONIC INC | A | Dividend | K | T | BUY | 6/28 | K | | |
| 208. MEDTRONIC INC | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 209. MURPHY OIL CORP | A | Dividend | K | T | BUY | 8/3 | J | | |
| 210. MURPHY OIL CORP | | None | | | PARTIAL SALE | 1/24 | J | A | |
| 211. NEWFIELD EXPLORATION | | None | | | SALE | 1/24 | K | A | |
| 212. NEWS CORP LTD ADR | | None | | | SALE | 1/24 | K | A | |
| 213. NIKE | A | Dividend | K | T | BUY | 8/3 | J | | |
| 214. NIKE | | None | | | PARTIAL SALE | 4/20 | K | A | |
| 215. ORACLE CORP | | None | | | SALE | 9/23 | K | A | |
| 216. OSI PHARMACEUTICALS | | None | | | SALE | 1/24 | J | A | |
| 217. OSKOSH TRUCK CORP CL B | A | Dividend | K | T | BUY | 8/3 | J | | |
| 218. OSKOSH TRUCK CORP CL B | | None | | | PARTIAL SALE | 10/10 | K | B | |
| 219. PHELPS DODGE | | None | | | SALE | 1/24 | L | A | |
| 220. PRAXAIR | | None | | | SALE | 1/24 | J | A | |
| 221. QUALCOM | A | Dividend | | | SALE | 7/6 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. REGIONS FINANCIAL | | None | | | SALE | 9/1 | K | A | |
| 223. SPRINT CORP | A | Dividend | | | SALE | 1/5 | K | D | |
| 224. STEEL DYNAMICS INC | A | Dividend | | | SALE | 3/2 | K | C | |
| 225. TARGET CORP | A | Dividend | K | T | BUY | 6/28 | J | | |
| 226. TARGET CORP | | None | | | PARTIAL SALE | 10/10 | K | A | |
| 227. TIBCO SOFTWARE INC | | None | | | SALE | 9/12 | J | A | |
| 228. TORCHMARK CORP | A | Dividend | | | SALE | 6/8 | K | A | |
| 229. UNITED TECHNOLOGIES | A | Dividend | K | T | BUY | 6/28 | K | | |
| 230. UNITED TECHNOLOGIES | | None | | | PARTIAL SALE | 4/12 | K | C | |
| 231. VERIZON COMMUNICATIONS | A | Dividend | | | SALE | 11/10 | J | A | |
| 232. WHOLE FOODS INC | A | Dividend | K | T | BUY | 8/3 | J | | |
| 233. WHOLE FOODS INC | | None | | | PARTIAL SALE | 10/10 | K | B | |
| 234. WILLIAMS SONOMA | | None | | | SALE | 1/11 | K | C | |
| 235. YUM! BRANDS INC | | None | | | SALE | 10/24 | K | C | |
| 236. ZIMMER HOLDINGS INC | | None | | | SALE | 10/24 | K | C | |
| 237. ALLTEL CORP | A | Dividend | K | T | BUY | 7/7 | K | | |
| 238. ALTEL CORP | | None | | | PARTIAL SALE | 10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ANDARKO PETROLEUM | A | Dividend | | | BUY | 4/22 | K | | |
| 240. ANDARKO PETROLEUM | | None | | | SALE | 7/21 | K | B | |
| 241. AQUA AMERICA INC | A | Dividend | K | T | BUY | 6/28 | J | | |
| 242. AQAUA AMERICA INC | | None | | | PARTIAL SALE | 12/20 | J | A | |
| 243. ARCHER DANIELS MIDLAND | A | Dividend | K | T | BUY | 4/25 | K | | |
| 244. BELLSOUTH CORP | A | Dividend | K | T | BUY | 4/7 | K | | |
| 245. BHP LIMITED | | None | K | T | BUY | 4/4 | K | | |
| 246. BURLINGTON NO SANTA FE | A | Dividend | K | T | BUY | 9/22 | K | | |
| 247. CAMECO CORP | A | Dividend | J | T | BUY | 9/22 | J | | |
| 248. CIA VALE DO RICO DOCE | A | Dividend | | | BUY | 3/4 | K | | |
| 249. CIA VALE DO TICO DOCE | | None | | | SALE | 3/29 | K | A | |
| 250. COMCAST | A | Dividend | | | BUY | 4/15 | K | | |
| 251. COMCAST | | None | | | SALE | 9/23 | K | A | |
| 252. CONEXANT SYSTEMS | | None | J | T | BUY | 1/24 | J | | |
| 253. CORNING INC | A | Dividend | K | T | BUY | 7/21 | K | | |
| 254. DEVON ENERGY | A | Dividend | K | T | BUY | 3/3 | K | | |
| 255. DEVON ENERGY | | None | | | PARTIAL SALE | 6/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. DOW CHEMICAL | A | Dividend | K | T | BUY | 9/26 | K | | |
| 257. EASTMAN KODAK | A | Dividend | | | BUY | 3/11 | K | | |
| 258. EASTMAN KODAK | | None | | | SALE | 10/19 | K | A | |
| 259. ELECTRONIC ARTS | | None | J | T | BUY | 12/1 | J | | |
| 260. FPL GROUP | A | Dividend | K | T | BUY | 2/15 | K | | |
| 261. FPL GROUP | | None | | | PARTIAL SALE | 10/10 | J | A | |
| 262. GANNETT | A | Dividend | | | BUY | 2/8 | K | | |
| 263. GANNETT | | None | | | SALE | 3/29 | K | A | |
| 264. GENERAL DYNAMICS | A | Dividend | J | T | BUY | 7/27 | J | | |
| 265. GOLDMAN SACHS | A | Dividend | J | T | BUY | 9/2 | J | | |
| 266. INCO LTD | | None | J | T | BUY | 8/15 | K | | |
| 267. INCO LTD | | None | | | PARTIAL SALE | 11/21 | J | A | |
| 268. LUBRIZOL CORP | A | Dividend | | | BUY | 2/1 | K | | |
| 269. LUBRIZOL CORP | | None | | | SALE | 10/5 | K | A | |
| 270. MARATHON OIL | A | Dividend | K | T | BUY | 6/17 | K | | |
| 271. MCCLATCHY CO | A | Dividend | | | BUY | 2/8 | J | | |
| 272. NESTLE | A | Dividend | K | T | BUY | 4/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. NESTLE | | None | | | PARTIAL SALE | 10/10 | J | A | |
| 274. NUCOR | A | Dividend | | | BUY | 3/30 | K | | |
| 275. NUCOR | | None | | | SALE | 11/18 | K | B | |
| 276. PEABODY ENERGY CORP | A | Dividend | K | T | BUY | 9/30 | K | | |
| 277. ROCKWELL AUTOMTION | A | Dividend | K | T | BUY | 4/25 | K | | |
| 278. S&P 500 DEP RECT | A | Dividend | M | | BUY | 2/4 | N | | |
| 279. S&P 500 DEP RECT | | None | | | PARTIAL SALE | 3/9 | N | B | |
| 280. ST JUDE MEDICAL | A | Dividend | K | T | BUY | 2/21 | K | | |
| 281. SANOFI-ADVENTIS | A | Dividend | K | T | BUY | 5/12 | K | | |
| 282. SARA LEE CORP | A | Dividend | J | T | BUY | 2/10 | K | | |
| 283. SARA LEE CORP | | None | | | PARTIAL SALE | 10/26 | J | A | |
| 284. SHERWIN WILLIAMS CO | A | Dividend | K | T | BUY | 4/21 | K | | |
| 285. SHERWIN WILLIAMS CO | | None | | | PARTIAL SALE | 10/10 | J | A | |
| 286. TOYOTA MOTOR | A | Dividend | J | T | BUY | 10/4 | J | | |
| 287. TRANSOCEAN INC | A | Dividend | K | T | BUY | 2/17 | K | | |
| 288. US BANCORP | A | Dividend | K | T | BUY | 7/1 | K | | |
| 289. US BANCORP | | None | | | PARTIAL SALE | 10/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. VALERO ENERGY CORP | A | Dividend | J | T | BUY | 1/24 | J | | |
| 291. WELLPOINT INC | A | Dividend | J | T | BUY | 7/28 | J | | |
| 292. YAHOO INC | A | Dividend | J | T | BUY | 10/3 | J | | |
| 293. SSGA US GOV M/M FUND | C | Dividend | K | T | BUY | 1/24 | K | | |
| 294. ROMULUS MI SCHOOLS | C | Interest | | | SALE | 6/20 | M | D | |
| 295. ANN ARBOR MI | A | Interest | | | MATURED | 9/1 | K | A | |
| 296. MI STATE BLDG AUTH | C | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 297. FERNDALE, MI SCHOOLS | B | Interest | K | T | | | | | |
| 298. ROCHESTER MI SCHOOLS | D | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 299. LANSING, MI SCHOOLS | C | Interest | | | MATURED | 5/1 | L | A | |
| 300. MI STATE(PRERFD) | D | Interest | | | MATURED | 9/30 | L | A | |
| 301. MI STATE HOSP | B | Interest | | | TRANSFERRED | 12/8 | L | | SEE PART VIII |
| 302. MI STATE GO | C | Interest | | | MATURED | 12/1 | N | A | |
| 303. OXFORD, MI | C | Interest | | | TRANSFERRED | 12/8 | L | | SEE PART VIII |
| 304. ROCHESTER, MI CSP | D | Interest | | | MATURED | 5/1 | M | A | |
| 305. BIRMINGHAM, MI-3% | D | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 306. BIRMINGHAM, MI-4% | C | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CONNECTICUT ST | A | Interest | L | T | | | | | |
| 308. KENT COUNTY MI GO | D | Interest | | | MATURED | 11/1 | M | A | |
| 309. MASS GO | D | Interest | | | MATURED | 9/1 | M | A | |
| 310. MI ST GO ULT | B | Interest | | | TRANSFERRED | 12/8 | L | | SEE PART VIII |
| 311. MI ST GO ULT | E | Interest | | | TRANSFERRED | 12/8 | O | | SEE PART VIII |
| 312. MI ST GO ULT SCHL LN | C | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 313. MI STATE TRUNK | B | Interest | | | TRANSFERRED | 12/8 | L | | |
| 314. MINN ST GO | B | Interest | | | MATURED | 8/1 | L | A | |
| 315. MINN ST GO | D | Interest | | | MATURED | 8/1 | L | A | |
| 316. OAKLAND CNTY MI BLDG AUTH | A | Interest | | | TRANSFERRED | 12/8 | K | | SEE PART VIII |
| 317. OAKLAND CNTY MI LUEDERS | C | Interest | | | TRANSFERRED | 12/8 | M | | |
| 318. OAKLAND CNTY MI ORCHARD | B | Interest | | | TRANSFERRED | 12/8 | K | | |
| 319. PA STATE | C | Interest | | | MATURED | 11/1 | L | A | |
| 320. ROCHESTER MI GO | D | Interest | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 321. TROY MI PUBLIC SAFETY | B | Interest | | | TRANSFERRED | 12/8 | L | | SEE PART VIII |
| 322. WISCONSIN SCH DIST | B | Interest | | | SALE | 11/1 | K | A | |
| 323. WSHINGTON ST GO | B | Interest | | | BUY | 5/9 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. WASHINGTON ST GO | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 325. VIRGINIA ST GO | | None | | | BUY | 11/2 | M | | |
| 326. VIRGINIA ST GO | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 327. UTAH ST GO | B | Interest | | | BUY | 2/7 | M | | |
| 328. UTAH ST GO | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 329. TEXAS ST TAX & REV | A | Interest | | | BUY | 5/13 | M | | |
| 330. TEXAS ST TAX & REV | | None | | | MATURED | 8/31 | L | A | |
| 331. SOUTH CAROLINA GO | A | Interest | K | T | BUY | 9/27 | K | | |
| 332. SOUTH CAROLINA GO | | None | L | T | BUY | 12/7 | L | | |
| 333. SALT LAKE CITY UTAH | | None | K | T | BUY | 12/8 | K | | |
| 334. PA STATE GO | | None | L | T | BUY | 8/25 | L | | |
| 335. PA STATE GO | | None | M | T | BUY | 12/8 | M | | |
| 336. OHIO STATE GO ULT | B | Interest | M | T | BUY | 9/8 | | | |
| 337. FL ST BD OF ED | A | Interest | | | BUY | 5/13 | M | | |
| 338. FL ST BD OF ED | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 339. GEORGIA STATE GO | B | Interest | | | BUY | 9/27 | N | | |
| 340. GEORGIA STATE GO | | None | | | TRANSFERRED | 12/8 | N | | SEE PART VIII |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. ILL STATE GO | | None | | | BUY | 9/27 | N | | |
| 342. ILL STATE GO | | None | | | TRANSFERRED | 12/8 | N | | SEE PART VIII |
| 343. MI ST MUNI BLDG AUTH | C | Interest | | | BUY | 2/7 | M | | |
| 344. MI ST MUN BLDG AUTH | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 345. NORTH CAROLINA GO | | None | L | T | BUY | 9/8 | M | | |
| 346. MI MUN BD AUTH | | None | | | BUY | 10/3 | M | | |
| 347. MI MUN BD AUTH | | None | | | TRANSFERRED | 12/8 | M | | SEE PART VIII |
| 348. MI MUN BD AUTH | | None | | | BUY | 8/23 | L | | |
| 349. MI MUN BD AUTH | | None | | | TRANSFERRED | 12/8 | K | | SEE PART VIII |
| 350. MI STATE GO | | None | M | T | BUY | 11/14 | M | | |
| 351. MACOMB CNTY MI | B | Interest | | | BUY | 2/16 | L | | |
| 352. MACOMB CNTY MI | | None | | | MATURED | 12/1 | K | A | |
| 353. US TREASURY BILLS | A | Interest | M | T | BUY | 2/4 | P1 | | |
| 354. US TREASURY BILLS | | None | | | PARTIAL MAT | 12/31 | O | A | |
| 355. US TREASURY NOTES | A | Interest | J | T | BUY | 8/30 | K | | |
| 356. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 357. WASHTENAW CO | C | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 359. TALLAHASSEE MALL PARTNERS, LTD. | D | Distribution | L | U | PARTIAL SALE | 6/15 | J | C | |
| 360. VICTORY VALLEY PART | | None | K | U | | | | | |
| 361. TPI/MFG INVESTORS LP | | None | K | U | | | | | |
| 362. CHICO MALL PARTNERS | | None | | | SALE | 1/15 | L | C | |
| 363. BROADWAY MALL PARTNERS | | None | M | U | PARTIAL SALE | 7/1 | K | C | |
| 364. SOUTH PARK PARTNERS | | None | J | U | | | | | |
| 365. MERCURY PAZA SHOPPING CENTER | | None | K | U | | | | | |
| 366. CG&A CENTRAL MALL | A | Distribution | K | U | | | | | |
| 367. LPC ENTERPRISES | | None | J | U | | | | | |
| 368. LPC INVESTMENTS, LLC | | None | P1 | U | TRANSFERRED | 12/8 | P1 | | |
| 369. NEW MEXICO MALL PARTNERS | A | Distribution | K | U | | | | | |
| 370. WESTGATE BROCKTON PARTNERS | A | Distribution | L | U | | | | | |
| 371. 260 E BROWN ST ASSOC | | None | K | U | | | | | |
| 372. WESTLAND CENTER PARTNERS | | None | K | U | | | | | |
| 373. THE THING ABOUT MEN | A | Interest | J | U | | | | | |
| 374. LAYTON HILLS PARTNERS | | None | K | U | PARTIAL SALE | 8/1 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. TWENTY TWO TWENTY TWO, LLC | | None | K | U | BUY | 1/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SEE SECTION VII-INVESTMENTS AND TRUSTS:

ON DECEMBER 8, 2005. ███████ TRANSFERRED VARIOUS MUNICIPAL BONDS INTO ███████ PARTNERSHIP, LPC INVESTMENTS, LLC.  THIS NEW ENTITY IS
LISTED IN PART VII AS A SEPARTE LINE ITEM(LINE 370).

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date_____ 5/8/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

AVERN COHN

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544